UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ANTONE EUGENE DAVIS
CATHERINE MARIE DAVIS
Debtor(s)

Case No. 6:09-bk-14794-ABB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Laurie K. Weatherford, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/30/2009.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/23/2009.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $173,366.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 1ST FEDS&L | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 35,732.00 | NA | NA | 0.00 | 0.00 |
| BUFFALO'S FRANCHISE CONCEPTS, I | Unsecured | 70,000.00 | 85,869.19 | NA | 0.00 | 0.00 |
| CAP ONE | Unsecured | 9,012.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA, NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA, NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA, NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MTGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MTGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MTGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE/CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL RETAIL S | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLONIAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLONIAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLONIAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLONIAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLONIAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLONIAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CRD PRT ASSO | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| DAVID CAUTHEN | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONA BA | Unsecured | 469.00 | 469.22 | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 18,252.00 | 18,252.16 | NA | 0.00 | 0.00 |
| FIA CSNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST EQUITY CARD | Unsecured | NA | 6,904.41 | NA | 0.00 | 0.00 |
| FIRST USA BANK N A | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FLORIDA HOSPITAL | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| GEMB/DILLARDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/DILLARDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/GAP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/LOWES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/SAMS CLUB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/SAMS CLUB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEORGE FENDER | Unsecured | 4,000.00 | 666.41 | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC/RS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC/RS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC/RS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC/RS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 54,346.92 | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,132.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 4,009.00 | NA | NA | 0.00 | 0.00 |
| MACYS/FDSB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN/99 | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN/99 | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| OLD SOUTHERN BANK | Secured | 450,000.00 | 411,889.57 | NA | 0.00 | 0.00 |
| OLD SOUTHERN BANK | Secured | 625,000.00 | NA | NA | 0.00 | 0.00 |
| OXCOLLECTION | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| PEOPLE FIRST COMMUNITY BANK | Secured | 1,080,634.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES BK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES FIRST COMM BAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 10,764.00 | 10,764.99 | NA | 0.00 | 0.00 |
| PREMIER BUILDING SYSTEMS | Unsecured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| PUBLIC BK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| REINHART FOOD/THE IJ CO. | Unsecured | 40,000.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN COMMUNITY BAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SUN TRUST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST BANK | Unsecured | 21,382.67 | NA | NA | 0.00 | 0.00 |
| SUNTRUST MORTGAGE/CC 5 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST MORTGAGE/CC 5 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TARGET NB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFF CARDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFFRS/WG&R FURNITURE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/LANE BRYANT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/NEW YORK & COMPA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/VICTORIAS SECRET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ZENITH ACQUISITION | Unsecured | 1,477.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/04/2010                    By: /s/ Laurie K. Weatherford
                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**